UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PATTY SPRITZER, | Case No. 2:12-cv-01332-JAM-CMK |
|---|---|
| Plaintiff, | **PROTECTIVE ORDER REGARDING PRODUCTION OF CONFIDENTIAL DOCUMENTS AND PROPRIETARY INFORMATION** |
| v. | |
| THE HOME DEPOT, INC.; and DOES 1 through 20, inclusive, | Complaint Filed:   March 13, 2012<br>Trial Date: |
| Defendant. | Judge:   Hon. John A. Mendez |

GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED THAT the terms of the Protective Order as described in the Stipulation between Plaintiff PATTY SPITZER and Defendant HOME DEPOT U.S.A., INC. in paragraphs 1 through 15 above shall be entered as the Order of the Court and be binding upon the parties and signatories to Exhibit "A."

IT IS SO ORDERED.

DATED: 2/22/2013           /s/ John A. Mendez
                           U.S. DISTRICT COURT JUDGE

14445069.1

12cv1332.o.22213.doc

1            Case No. 12-cv-01332 JAM CMK
[PROPOSED] PROTECTIVE ORDER REGARDING PRODUCTION OF
CONFIDENTIAL DOCUMENTS AND PROPRIETARY INFORMATION