# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| PATTY SPRITZER, | Case No. 2:12-cv-01332-JAM-CMK |
|---|---|
| Plaintiff, | **ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)** |
| v. | |
| THE HOME DEPOT, INC.; and DOES 1 through 20, inclusive, | Complaint Filed: March 13, 2012<br>Trial Date: |
| Defendant. | Judge: Hon. John A. Mendez |

The Court having read and considered the stipulation to dismiss pursuant to FRCP 41(a)(1), and with good cause appearing, this action is dismissed with prejudice.

DATED: 5/22/2013        /s/ John A. Mendez_____
John A. Mendez
Judge of the United States District Court

15072267.1

PDF created with pdfFactory trial version www.pdffactory.com