# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTY SPRITZER,<br><br>      Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC.; and DOES 1 through 20, inclusive,<br><br>      Defendant. | Case No. 2:12-cv-01332-JAM-CMK<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)**<br><br>Complaint Filed:   March 13, 2012<br>Trial Date:<br>Judge:             Hon. John A. Mendez |

The Court having read and considered the stipulation to dismiss pursuant to FRCP 41(a)(1), and with good cause appearing, this action is dismissed with prejudice.

DATED: 5/22/2013          /s/ John A. Mendez_____
                          John A. Mendez
                          Judge of the United States District Court

15072267.1

PDF created with pdfFactory trial version www.pdffactory.com